UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60816-LEIBOWITZ/AUGUSTIN-BIRCH

JOSEPH HAYNES,

    *Plaintiff,*

v.

RED COATS, INC.,

    *Defendant.*
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation on the parties' Joint Motion to Approve Settlement Agreement [ECF No. 49], filed on September 16, 2025 ("the R&R"). The R&R recommends that this Court grant the Joint Motion to Approve Settlement Agreement ("the Motion") [ECF No. 45] in this FLSA action. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 46]. Defendants did not file objections to the R&R within the time permitted by this Court. [ECF No. 50]. Having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 49] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. The parties' Joint Motion to Approve Settlement Agreement [ECF No. 45] is **GRANTED**.

3. This action is hereby **DISMISSED WITH PREJUDICE.**

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

5. The Clerk is instructed to **CLOSE** this case. All existing deadlines are **TERMINATED**, and pending motions, if any, are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on September 29, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record